a new trial ordered. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ LILLIAN I. BOYLE et al., as Temporary Administrators of the Estate of SPIROS KARAGEORGES, Deceased, Plaintiffs, v. STONDUM CORPORATION, Defendant.— Submission of controversy dismissed, without costs, on the ground that it has become academic by reason of the appointment of the Public Administrator as administrator of the estate of Spiros Karageorges, deceased. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ In the Matter of the Arbitration between HUNTER SPRING COMPANY, Appellant, and EASTERN METALS RESEARCH CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of the Accounting of H. HAROLD GUMM, as Executor and Trustee under the Will of HARRY VON TILZER, Deceased, Respondent. LEON ENGELSBERG, as General Guardian of STANLEY M. VON TILZER and Another, Infants, et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements of these appeals to the petitioner-respondent, payable by the appellants personally. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ LONNY H. BLUMENSTEIN-JACOBSOHN, Appellant, v. LUDWIG WOLF et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ LONNY H. BLUMENSTEIN-JACOBSOHN, Appellant, v. LUDWIG WOLF et al., Respondents.— Appeal unanimously dismissed as academic in view of the decision of this court in *Blumenstein-Jacobsohn* v. *Wolf* (6 A D 2d 787). No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ MONTRO CORPORATION, INC., on Its Own Behalf and in Behalf of All Other Stockholders of DEVOE & RAYNOLDS COMPANY, INC., Similarly Situated, and in the Right of DEVOE & RAYNOLDS COMPANY, INC., Respondent, v. EMERSON C. BISHOP et al., Defendants, and DEVOE & RAYNOLDS COMPANY, INC., Appellant.— Order unanimously reversed on the law and facts and in the discretion of the court, with $20 costs and disbursements to the appellant and the application for counsel fees is denied, with $10 costs. No reference was necessary to determine whether any substantial benefit had been conferred on the corporation since from the papers it appears that the transaction complained of has not only resulted in a profit to the corporation but also has been adjudicated in a companion action in the Federal court to have been a proper exercise of judgment on the part of the directors. We find no basis for charging the corporation with the expenses of this action in view of the finding in the Federal court action that the investment attacked was made for a bona fide business purpose. Under the circumstances of this case the attorney is not entitled to any counsel fee. Moreover, if any claim existed for payment of a fee it should have been advanced in the Federal court action even though the instant plaintiff was not a party to that action. The Federal court had jurisdiction to pass on the question at that time. Concur — Breitel, J. P., Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of CHARLES FRIEDMAN et al., Copartners Doing Business under the Name of CHARLES FRIEDMAN & SON, Appellants, against MEYER GOLDFIELD, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Frank, Valente, Stevens and Bergan, JJ.